UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| **Joel LOPEZ-Perez,** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | '07 MJ 27 13 |
| | ) | |

FILED
07 NOV 20 PM 12: 14
SOUTHERN U.S. DISTRICT COURT
DISTRICT OF CALIF.
BY: _____ DEPUTY

The undersigned complainant, being duly sworn, states:

On or about **November 19, 2007** within the Southern District of California, defendant, **Joel LOPEZ-Perez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **20th** DAY OF **NOVEMBER 2007**

_____
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Joel LOPEZ-Perez**

## PROBABLE CAUSE STATEMENT

At approximately 6:45 a.m. on November 19, 2007, Supervisory Border Patrol Agent Parks, responded to the activation of a seismic intrusion sensor on the Zuellner's property. This area abuts the international border between Mexico and the United States, and lies approximately nine miles east of the Tecate, California Port of Entry. As Agent Parks was driving eastbound on California State Route 94 past Zuellner's property he observed six individuals running, northeast from the property. Agent Parks stopped and exited his marked Service vehicle noticed that the subjects had taken cover beneath several large fallen trees. Agent Parks approached the fallen trees and found the subjects hiding. Agent Parks identified himself as a Border Patrol Agent in Spanish and instructed them to come out from beneath the trees. Agent Parks then questioned the individuals as to their citizenship. Each subject including one later identified as the defendant **Joel LOPEZ-Perez**, freely admitted that he was a citizen and national of Mexico. Each subject further admitted that they were not in possession of any valid immigration documents that would allow them to enter or remain in the United States legally. Agent Parks arrested the subjects and arranged for their transportation to the processing center in Tecate, California.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on or about **November 13, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda Rights and stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted to being a citizen and national of Mexico, and that he is present without immigration documents that would allow him to enter or remain in the United States legally. The defendant further admitted that he entered illegally into the United States near Tecate, California.