AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **WAIVER OF INDICTMENT** |
| JOEL LOPEZ-PEREZ | CASE NUMBER: 07cr3387-BTM |

I, <u>JOEL LOPEZ-PEREZ</u>, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ~~November~~ December 18, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER

FILED
DEC 18 2007